AO 106 (Rev. 01/09) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 2:19-cr-793
120 Plainfield Avenue, Goose Creek, South Carolina )
29445 )
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the _____ District of __South Carolina__ *(identify the person or describe property to be searched and give its location):* Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):* See Attachment B, said property to contain information, data, records or other evidence relating to the transportation or movement of females across state lines for the purpose of prostitution in violation of Title 18, United States Code, Section 2421 and the harboring of undocumented aliens in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii)

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of __18/8__ U.S.C. § __2421/1324__, and the application is based on these facts: See Attached Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of ___ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Special Agent Jeffrey Cooper
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Sept. 19, 2019

*Judge's signature*

City and state: Charleston, South Carolina     Honorable Bristow Marchant, US Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

IN THE MATTER OF THE APPLICATION     )
OF THE UNITED STATES OF AMERICA       )
FOR A SEARCH WARRANT FOR: 120         )
PLAINFIELD AVENUE, GOOSE              )     MISC. NO.: 2:19-cr-793
CREEK, SOUTH CAROLINA 29445           )

## AFFIDAVIT IN SUPPORT OF APPLICATION

I, Jeffrey P. Cooper, a Special Agent with Immigration and Customs Enforcement, Homeland Security Investigations ("ICE/HSI"), United States Department of Homeland Security, being first duly sworn, depose and state under oath as follows:

1. I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516.

2. I am a Special Agent employed by the United States Immigration and Customs Enforcement ("ICE") under the Department of Homeland Security ("DHS"). I am presently assigned to the Homeland Security Investigations ("HSI") Office in Charleston, SC (RAC/CT). I have been employed by ICE/HSI, and its predecessor, the Immigration and Naturalization Service ("INS"), as a Special Agent since February 1, 1996. My duties and responsibilities as an ICE/HSI Special Agent involve conducting investigations related to the enforcement of immigration, customs, and other violations against the United States, which also includes the enforcement of both criminal and administrative violations under the Immigration and Nationality Act (INA). During the course of my career, I have conducted numerous investigations involving human

1



smuggling and trafficking, the distribution of narcotics, the manufacture and sale of counterfeit documents, prostitution related offenses, criminal aliens to include street gang members, and firearms violations.

3. As an ICE/HSI Special Agent, I received extensive basic and advanced training at the Federal Law Enforcement Training Center in Glynco, Georgia. This training covered aspects of materials contrary to the laws of the United States along with continued basic and add on training related to Immigration Law and related immigration offenses. I have obtained significant experience in the investigations of these and a multitude of other matters during my tenure as a federal law enforcement officer and have functioned in a variety of capacities to include but not limited to: a case agent coordinating undercover activities and supervising confidential informants; a surveillance agent observing and recording the movements of street gang members as well as individuals involved in or suspected of trafficking in drugs or other illicit contraband to include firearms; and interviewing witnesses, cooperating defendants, and/or informants regarding these illegal activities. I have further conducted or participated in the execution of numerous search and arrest warrants in connection with the above-mentioned investigations.

4. The following facts are presented to support the issuance of a search warrant for the residential location listed below and described more fully in Attachment A:

    a. 120 Plainfield Avenue, Goose Creek, South Carolina 29445 (the "Residence").

5. The factual information set forth in this Affidavit was obtained during the course of this investigation by myself or has been provided to me directly or indirectly by Special Agents of HSI as well as confidential sources. Since this Affidavit is submitted solely for the purpose of establishing probable cause to support the issuance of a search warrant for the Residence, I have not set forth all the facts and circumstances known to me or to other investigators regarding this



matter. Further, the following information is known to me in my official capacity. Based on this information, I have reason to believe that an individual associated with the aforementioned location has committed the following violation of federal law: transportation or movement of undocumented female aliens across state lines for the purpose of prostitution, in violation of Title 18, United States Code, Section 2421 and the harboring of undocumented aliens in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii).

6. I make this affidavit based upon personal knowledge derived from my participation in this investigation and or information that I have learned from discussions with Special Agents and/or Task Force Officers of ICE/HSI; from the review of written reports of investigations; from the review of reports of physical surveillance conducted by federal agents and state and local officers; and from the review of reports of debriefings of individual sources of information ("SOI") who have proven themselves to be reliable in previous investigations.

7. Unless otherwise noted, wherever in this affidavit I assert that a statement was made, the information was provided by another law enforcement officer (who may have had either direct or hearsay knowledge of the statement) to whom I have spoken or whose report I have read and reviewed. Wherever in this affidavit I state a belief, such belief is based upon my training and experience and the information obtained through this investigation.

## OVERVIEW OF THE INVESTIGATION

8. ICE/HSI is investigating Maria Antonia ZAVALETA-PEREZ, who lives at 120 Plainfield Avenue, Goose Creek, South Carolina 29445 and is alleged to be running a prostitution business involving suspected undocumented female aliens. It is also alleged that ZAVALETA PEREZ is responsible for the harboring and transportation of undocumented aliens across state lines for the purpose of prostitution.



9. ZAVALETA PEREZ has a date of birth of June 13, 1979 and a check of ICE/HSI computer databases revealed that ZAVALETA-PEREZ is an undocumented alien from Mexico with an assigned Alien Registration Number of 208785051. South Carolina DMV records as well as the CLEAR computer database indicated that ZAVALETA PEREZ'S last known residential address was 120 Plainfield Avenue, Goose Creek, SC, 29445.

10. On July 17, 2019, your affiant received information from an HSI Source of Information (SOI-1) regarding a female using the nickname "La China" who is involved in a prostitution business and uses the phone number (843) 331-2242. According to SOI-1, "La China" will deliver the prostitute to the location of the caller, and in some instances, customers can go to "La China's" residence for business. The cost was previously $40.00 per female, but the price recently increased to $50.00. "La China" has two prostitutes every week that stay at her house at 120 Plainfield Avenue in Goose Creek. The two prostitutes are transported down from North Carolina by "La China" and/or unnamed co-conspirators. They stay at the house for approximately one week and then are transported back to an unknown location in North Carolina and switched out for two new females. SA Cooper showed SOI-1 a photograph of a Hispanic female named Maria ZAVALETA PEREZ who is believed to be "La China." SOI-1 verified that ZAVALETA PEREZ was in fact "La China." SOI-1 has proven in the past to be a reliable Source of Information and has assisted this office by providing actionable information that has led to the arrest of numerous individuals, as well as acted in an undercover capacity to assist this office.

11. On August 2, 2019, HSI Charleston agents initiated surveillance at the residence of ZAVALETA PEREZ located at 120 Plainfield Avenue, Goose Creek, SC. Your affiant observed the following vehicles parked at or near this residence; a 2012 silver/grey in color, GMC Terrain bearing South Carolina license tag "RNY-372" (hereinafter referred to as Vehicle 1) along with a

4

black in color, 2010 Acura MDX bearing North Carolina license tag "FLN-7308" (hereinafter referred to as Vehicle 2). I have learned from the South Carolina Department of Motor Vehicles (SCDMV) that Vehicle 1 is registered to Maria Antonia ZAVALETA PEREZ at 120 Plainfield Avenue, Goose Creek, SC 29445. I have learned from the North Carolina Department of Motor Vehicles (NCDMV) that Vehicle 2 is registered to Jesus Silvano MARIN AYALA at 6614 Idlewild Road, Apt H, Charlotte, NC 28212. At approximately 13:45 hours, agents observed both Vehicle 1 and Vehicle 2 depart the residence. Vehicle 1 was being driven by an older Hispanic female, believed to be ZAVALETA PEREZ, and there was a younger Hispanic female riding in the front passenger seat. Vehicle 2 was being driven by an older Hispanic female, and there was also a younger Hispanic female riding in the front passenger seat. HSI Special Agents (S/A) Walton, S/A Moody and S/A Haviland initiated surveillance on Vehicle 1.

12.    The following information reflects the surveillance notes for Vehicle 1 on August 2, 2019: At approximately 13:50 hours, Vehicle 1 arrived at 3000 Harbour Lake Drive, Building #1, Goose Creek, SC. Agents were unable to see which unit the two Hispanic females went into or came out of. At approximately 14:00 hours, agents observed Vehicle 1 depart 3000 Harbour Lake Drive, Bldg #1, Goose Creek, SC. Again, the driver appeared to be the older Hispanic female and the passenger was the younger Hispanic female. At approximately 14:15 hours, Vehicle 1 arrived at 5747 Cornor Avenue, Lot #15, Hanahan, SC. SA Haviland conducted a drive by surveillance of the vehicle and observed the older Hispanic female driver walking with the younger Hispanic female passenger towards the front door of the residence. At approximately 14:18 hours, SA Walton conducted a drive by surveillance and observed the older Hispanic female driver sitting back in the driver's seat of Vehicle 1 with no passenger present. At approximately 14:25 hours, the two Hispanic females departed 5747 Cornor Avenue, Lot #15, Hanahan, SC in Vehicle 1.

Again, the older Hispanic female was the driver, and the younger Hispanic female was the passenger. At approximately 15:10 hours, Vehicle 1 arrived at 3359 Fickling Road, Johns Island, SC. At approximately 15:15 hours, SA Moody conducted a drive by surveillance of that location and observed one occupant inside Vehicle 1. SA Moody was unable to verify if the occupant was the driver or the passenger. At that time the surveillance was terminated of Vehicle 1.

13. The following information reflects the surveillance notes for Vehicle 2 on August 2, 2019: HSI S/A Cooper, SA Brim, SA Caines and SA Garrido initiated surveillance of Vehicle 2. At approximately 14:10 hours, Vehicle 2 arrived at the Bradley Square Apartments located at 6600 Rivers Avenue, North Charleston, SC. SA Garrido observed the vehicle parked in front of the last building on the right after entering the apartment complex. SA Garrido was unable to see the apartment where the females entered and exited. At approximately 14:25 hours, SA Garrido observed Vehicle 2 depart 6600 Rivers Avenue, North Charleston, SC. The older Hispanic female was the driver, and the younger Hispanic female was in the front passenger seat. Vehicle 2 proceeded north on Rivers Avenue and then made a quick U-turn to head back south on Rivers Avenue. At that time, agents lost contact and sight of Vehicle 2. Surveillance was terminated at that time.

14. Based on my training and experience, individuals involved in the prostitution business involving undocumented aliens will often make frequent stops at various locations to meet with clients. These stops will generally last between fifteen and thirty minutes. The surveillance of Vehicle 1 and Vehicle 2 on August 2, 2019 was consistent with this behavior.

15. On August 7, 2019, SA Cooper received records related to Vehicle 1 and Vehicle 2 from an automated search of Mobile License Plate Readers (LPR) located throughout South Carolina and North Carolina. On July 27, 2019, at approximately 17:55 hours, Vehicle 1 was

6



observed through an LPR located on Dorchester Road in North Charleston, SC traveling westbound on Dorchester Road. On August 1, 2019, at approximately 07:38 hours, Vehicle 1 was observed through an LPR located on Folly Road on James Island, SC traveling southbound on Folly Road. On August 4, 2019, at approximately 00:32 hours, Vehicle 1 was observed through an LPR located on Remount Road in North Charleston traveling eastbound on Remount Road. On July 22, 2019, at approximately 17:02 hours, Vehicle 2 was observed through an LPR located on Remount Road in North Charleston, SC traveling east bound on Remount Road. On July 28, 2019, at approximately 19:27 hours, Vehicle 2 was observed through an LPR located near JM Keynes Drive, Charlotte, NC traveling near an address at 8931 JM Keynes Drive, Charlotte, NC.

16. On August 7, 2019, HSI Charleston received Subscriber information on (843) 331-2242 from T-Mobile Wireless pursuant to an ICE-HSI Administrative Subpoena. The account for this number is in the name Maria ZAVALETA with an address of 122 Plainfield Avenue, Goose Creek, SC 29445, with an effective date of 02/15/2018.

17. On August 10, 2019, at approximately 21:00 hours, an HSI Source of Information (SOI-2) conducted a consensually monitored and recorded telephone call to ZAVALETA PEREZ at (843) 331-2242. Your affiant was present to monitor the call. At the conclusion of the call, SOI-2 was debriefed and provided the following information: a female answered and SOI-2 asked for "La China." The female acknowledged that she was "La China." SOI-2 stated that he wanted a girl and asked how much it would cost. "La China" stated that it was $50.00. SOI-2 asked if she would give a discount if there were four guys. "La China" said "no, what do you think this is, a flea market." SOI-2 stated that the call then dropped. SOI-2 immediately called "La China" back at (843) 331-2242. "La China" answered, and SOI-2 asked "La China" if she needed an address where to bring the girl. "La China" stated that she was very busy with business and could

7



maybe bring a girl later that night. SOI-2 told "La China" that he would call back later that night. Based on the information provided during the call and through my training and experience investigating these types of cases, your affiant can infer that ZAVALETA PEREZ, AKA: "La China", meant that the prostitute would cost $50.00 but that they were tied up with other customers and were not currently available. August 10, 2019 was a Saturday night, which is traditionally an extremely busy night for prostitution related activities within the Hispanic community. SOI-2 has proven in the past to be a reliable Source of Information and assisted this office by providing actionable information that has led to the arrest of numerous individuals and has also assisted this office by acting in an undercover capacity.

18. On August 11, 2019, at approximately 07:57 am, your affiant observed a Hispanic female driver and one Hispanic female passenger leave the residence at 120 Plainfield Avenue, Goose Creek, SC in Vehicle 2. The Hispanic females were carrying small suitcase style bags.

19. On August 12, 2019, at approximately 13:21 hours, your affiant observed Vehicle 2 arrive at the residence located at 120 Plainfield Avenue, Goose Creek, SC. There was a Hispanic female driver and at least one Hispanic female passenger. The females removed suitcase style bags from the vehicle and entered the residence.

20. On August 12, 2019, your affiant conducted surveillance of the residence at 120 Plainfield Avenue, Goose Creek, SC. At approximately 18:32 hours, a white work van with one Hispanic male (HM) arrived at the residence. The HM went inside the residence and stayed approximately 12 minutes. At approximately 18:44 hours, the HM left in the white work van. At approximately 18:39 hours, a black Lincoln Navigator with two Hispanic males (HM's) arrived at the residence. The two HM's went inside the residence and stayed approximately 25 minutes. At approximately 19:04 hours, the two HM's left in the black Lincoln Navigator. At approximately

8



19:08 hours, a black Dodge Ram truck with two HM's arrived at the residence. The two HM's went inside the residence and stayed for approximately 29 minutes. At approximately 19:37 hours, the two HM's left in the black Dodge truck. Surveillance was terminated at that time. Based on my training and experience along with the observation of suspected male "customers" arriving and departing the residence after a short period of time, your affiant believes that ZAVALETA PEREZ is allowing prostitution activities to occur within the residence.

21. On August 18, 2019, your affiant conducted surveillance of 120 Plainfield Avenue, Goose Creek, SC 29445. At approximately 5:00 am, Vehicle 2 departed 120 Plainfield Avenue, Goose Creek. It was unknown how many occupants were present in the vehicle. At approximately 8:36 am, HSI Charlotte S/A Overcash observed Vehicle 2 parked in the Ashley Place Apartment complex (formerly called the Fox Fire Apartments), located at 6614 Idlewild Road, Charlotte, North Carolina.

22. On August 19, 2019, your affiant conducted surveillance of 120 Plainfield Avenue, Goose Creek, SC 29445. At approximately 3:52 pm, Vehicle 2 was observed arriving at 120 Plainfield Avenue; the vehicle was occupied by two (2) Hispanic females and one (1) Hispanic male. At approximately 8:40 pm, Vehicle 2 leaves 120 Plainfield Avenue with two (2) Hispanic females and goes to an unknown trailer at the Sunrise Mobile Home Park located at 1004 Red Bank Road, Goose Creek, SC 29445. At approximately 9:05 pm, Vehicle 2 with the two Hispanic females returns to 120 Plainfield Avenue.

23. On August 27, 2019, your affiant conducted surveillance of 120 Plainfield Avenue, Goose Creek, SC 29445. At approximately 4:20 am, Vehicle 1 is observed leaving 120 Plainfield Avenue. It was unknown how many occupants were present in the vehicle. At approximately 7:50 am, Vehicle 1 is observed parked at the Ashley Place Apartments at 6614 Idlewild Road,

Charlotte, North Carolina. HSI Charlotte S/A Burns conducted surveillance of Vehicle 1 and at approximately 12:10 pm, observed three (3) Hispanic females exit the Botanica El Santuario De Mi Santa store located at 1125 E. Sugar Creek Rd, Suite F, Charlotte, NC 28205 and leave in Vehicle 1. At approximately 12:30 pm, additional surveillance determined that Vehicle 1 with the three Hispanic females was heading south back towards South Carolina on Highway 77.

    24.    On August 27, 2019, at approximately 3:30 pm, Deputy Cox with the Charleston County Sheriff's Office (CCSO) conducted a traffic stop of Vehicle 1 for an improper lane change. HSI Task Force Officer (TFO) Khan assisted with the stop. The stop occurred in the parking lot at the Circle K gas station located at 9195 University Blvd., North Charleston, SC 29406. The driver of the vehicle was ZAVALETA-Perez and she provided an International Driver's License in the name Maria A. ZAVALETA-Perez, with an address of 120 Plainfield Avenue, Goose Creek, SC 29445. ZAVALETA-Perez also provided a Mexican Passport in the same name. ZAVALETA-Perez told Deputy Cox that she was returning from Charlotte, NC after seeing a Doctor. ZAVALETA-Perez stated that the two female passengers were coming to South Carolina for a visit. The front seat passenger provided a Mexican passport and was identified as Guadalupe GOMEZ-Lorenzo, with a date of birth of 12/17/1986 and an address of 6614 Idlewild Road, Charlotte, NC and phone number of (843) 469-0927. The rear passenger provided a Mexican passport and was identified as Lucila MUNOZ-Pelcastre, with a date of birth of 11/30/1969 and an address of 2937 N. Dekalb, Atlanta, GA and phone number of (404) 820-4219. HSI/TFO Khan stated that when both passengers were asked questions, they would look at ZAVALETA-Perez for directions on how to answer. Deputy Cox issued ZAVALTA-Perez a Warning Citation for the improper lane change and expired registration and allowed them to leave in Vehicle 1. Your affiant conducted surveillance of Vehicle 1 and observed it return to 120 Plainfield Avenue, Goose Creek,

10



SC.

25. On August 28, 2019, HSI Charleston agents conducted surveillance of Vehicle 1. At approximately 1:40 pm, Vehicle 1 was observed parked at the SCDMV office located at 135 Wimberly Drive, Ladson, SC 29456. Surveillance units observed ZAVALETA-Perez get into the driver's side of Vehicle 1 and a Hispanic Female (HF) who appeared to be Lucila MUNOZ-Pelcastre (rear passenger during August 27th traffic stop), get into the front passenger seat. HSI S/A Hawsey, S/A Haviland, HSI/TFO Khan, S/A Caines, S/A Garrido and your affiant continued surveillance of Vehicle 1 and at approximately 2:05 pm, observed it stop in a mobile home park on Andrews Blvd. in Goose Creek, SC. The vehicle stopped near Trailer #26 and the passenger (believed to be MUNOZ-Pelcastre) went inside the trailer while ZAVALETA-Perez remained in Vehicle 1. At approximately 2:15 pm, the passenger returned to Vehicle 1 and they left the mobile home park. Vehicle 1 then proceeded to the Dale Valley mobile home park at 7021 Stall Road, North Charleston, SC and arrived at approximately 2:34 pm. The passenger was observed going inside Trailer #5 while ZALVALETA-Perez remained in the vehicle. At approximately 2:43 pm, the female passenger returned to Vehicle 1 and they left. At approximately 2:50 pm, surveillance units observed Vehicle 1 arrive at the Hawthorne mobile home park at 1990 Hawthorne Drive, North Charleston, SC 29406 and park at or near Trailer #166 (light brown trailer) on Hawthorne Drive. The passenger went inside the trailer while ZAVALETA-Perez remained in the vehicle. At approximately 3:14 pm, the female passenger exits the trailer and returned to Vehicle 1. Vehicle 1 departed Hawthorne mobile home park and at approximately 3:35 pm arrived at the Money Man Pawn shop located at 116 S. Goose Creek Blvd., Goose Creek, SC 29445. Both ZAVALETA-Perez and the passenger entered the pawn shop. At approximately 3:51 pm, ZAVALETA-Perez and the female passenger returned to Vehicle 1, departed the area and were observed returning to



120 Plainfield Avenue, Goose Creek, SC. Based on my training and experience, individuals involved in the prostitution business involving undocumented aliens will often make frequent stops at various locations to meet with clients. These stops will generally last between fifteen and thirty minutes. The surveillance of Vehicle 1 on August 28, 2019 was consistent with this behavior.

26. On August 28, 2019, additional surveillance was conducted of 120 Plainfield Ave., Goose Creek, SC. At approximately 4:28 pm, your affiant observed a blue Jeep Liberty bearing (SC) license plate "RME-656" arrive at 120 Plainfield Avenue. One Hispanic male (HM) goes inside the residence. At approximately 4:40 pm, the HM is observed exiting the residence, returning to his Jeep and leaving 120 Plainfield Avenue. A check of the SCDMV database revealed that "RME-656" returned on a 2006 Jeep Liberty Sport registered to Bairon Bernardo JUAREZ-Leiva at 4255 Harbour Lake Drive, Apt 1B, Goose Creek, SC 29445.

27. On August 29, 2019, your affiant conducted record checks of Guadalupe GOMEZ-Lorenzo and Lucila MUNOZ-Pelcastre in ICE/HSI and NCIC computer databases. There were no records found for GOMEZ-Lorenzo nor MUNOZ-Pelcastre having legal status in the United States and your affiant determined that they were both unlawfully present in the United States. The NCIC database also revealed that MUNOZ-Pelcastre had been assigned FBI# 288412NC6 pursuant to her conviction on 05/16/2007 in Gwinnett County, GA for the charge of Prostitution.

28. From the extensive HSI Charleston surveillance activities to date, and investigative experiences associated with prostitution organizations involving undocumented aliens, it is believed that ZAVALETA PEREZ will continue to utilize 120 Plainfield Avenue, Goose Creek, SC 29445 to conduct activities in violation of Title 18, United States Code, Section 2421 and Title 8, United States Code, Section 1324(a)(1)(A)(iii).



## CONCLUSION

29. Based on the foregoing, there is probable cause that evidence of violations of Title 18, United States Code, Section 2421 and Title 8, United States Code, Section 1324(a)(1)(A)(iii) is present at 120 Plainfield Avenue, Goose Creek, SC 29445, as described in Attachment A, and therefore, probable cause exists for the issuance of a search warrant to search the premises described in Attachment A for the items set forth in Attachment B.

Assistant United States Attorney Matt Austin has reviewed this affidavit.

_____
Jeffrey P. Cooper
Special Agent
Homeland Security Investigations

Sworn to before me this
19 day of September, 2019

_____
Bristow Marchant
United States Magistrate Judge
District of South Carolina

13